UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Yacsy Alexandra Alvarez Mirabal
8:24-cr-00330-VMC-CPT

| **Date**: July 31, 2024 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 2:00 PM–2:19 PM<br>2:28 PM- 2:36 PM     Total: 27 mins | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Risha Asokan, AUSA | Christopher Kerr, Retained |

**Initial Appearance/Arraignment/Detention Hearing**

Defendant present with counsel.

Arrest Date: 7/30/2024

Court summarizes the charges and potential penalties and advises Defendant of Rule 5 rights.

Oral motion by Defendant for counsel. Court reviews financial affidavit. Court appoints AFPD for all further proceedings.

Defendant waives formal reading of the Indictment.

Not guilty plea entered by Defendant as to all counts.

Oral Motion for discovery by defendant.

Oral order government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal discovery by Government.

Oral order Defendants to provide under Rule 16(b).

Defendant is arraigned.

Government does not seek detention pursuant to 3142(f)(2).

Government and Defendant agree to Pretrial release conditions with written order to follow.

Court orders Defendant detained pending further order of the court.

Pretrial Discovery Order to be electronically filed by Magistrate Judge Tuite.

Trial set for September 2024 trial term beginning September 3, 2024 before District Judge Covington. Status conference, August 15th at 9:30am.

Due Process oral order given.