AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Yacsy Alexandra Alvarez Mirabal

Case No. 8:24cr330-VMC-CPT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Yacsy Alexandra Alvarez Mirabal,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Violate Arms Export Control Act, in violation of 18 U.S.C. § 371;
Smuggling, in violation of 18 U.S.C. § 554;
AECA Violations, in violation of 22 U.S.C. § 2778; and
ECRA Violations, in violation of 50 U.S.C. § 4819

JUL 31 2024 AM10:37
FILED - USDC - FLMD - TPA

Date: 07/17/2024

*Issuing officer's signature*

**AMPARO MORENO**

City and state: Tampa, FL     ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 07/17/2024, and the person was arrested on *(date)* 07/30/2024
at *(city and state)* Tampa, FL.

Date: 07/31/2024

*Arresting officer's signature*

Jennifer Edwards
*Printed name and title*