# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:24-cr-330-VMC-CPT

**YACSY ALEXANDRA ALVAREZ MIRABAL**
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant YACSY ALEXANDRA ALVAREZ MIRABAL, also known as Yacsy Alvarez, through undersigned counsel, respectfully requests that this Honorable Court continue this matter until at least the February 2025 Trial Term. In support thereof, Mr. Alvarez states as follows:

### *Grounds for Continuance*

1. This case was indicted on July 16, 2024, on charges of Conspiracy to Export Arms in Violation of Export Control Regulations. Doc. 1.

2. Ms. Alvarez surrendered to the FBI when she learned of the charges and was arraigned on July 31, 2024, by the Hon. Natalie Adams, United States

Magistrate Judge, Doc. 15. She was released that date on a signature bond with conditions set by Judge Adams, Doc. 16.

3. Assistant United States Attorney Risha Asokan has advised counsel that discovery in this matter may require hard drive storage of 10TB, indicating there exists a massive amount of material to review to properly prepare for trial. In view of that, Ms. Asokan has agreed that this trial should not reasonably be set until the February 2025 trial term, at the earliest.

4. Undersigned counsel has reviewed this request with Ms. Alvarez, who fully understands the import of delaying this trial to allow adequate preparation and concurs in counsel's request for a continuance. She also understands her rights to a Speedy Trial and waives any such claims which might otherwise arise from the granting of this request.

5. This motion is filed in good faith and not for the purpose of unnecessary delay.

## Memorandum of Law

In determining whether to grant a continuance pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the Court has the authority to consider whether the attorney for a defendant has a reasonable time to effectively prepare in exercising due diligence. "The Act requires that when a district court grants

an ends-of-justice continuance, it must 'se[t] forth, in the record of the case, either orally or in writing, its reasons' for finding that the ends of justice are served and they outweigh other interests." *Zedner v. United States*, 547 U.S. 489, 506 (2006).  Ms. Alvarez respectfully submits that completing review of the voluminous discovery, as well as other necessary preparation for sentencing, are required for counsel's "due diligence and preparation."

**WHEREFORE**, the Defendant, YACSY ALEXANDRA ALVAREZ MIRABAL, requests that this Honorable Court continue this matter until at least the Court's February 2025 Trial Term.

Dated:  August 8, 2024

Respectfully submitted,

*S/ Christophir A. Kerr*

Christophir A. Kerr, P.A.
Florida Bar No. 72041
13801 Walsingham Rd., #A-154
Largo, FL 33774
(727) 492-2551 - telephone
E-mail:  christophirkerr@gmail.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been furnished by electronic filing to Elizabeth M. Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, on this 8th day of August 2024, for distribution to parties of record.

*S/ Christophir A. Kerr*
Christophir A. Kerr