**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:24-cr-330-VMC-CPT | DATE: August 15, 2024 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Yacsy Alexandra Alvarez Mirabal** | **GOVERNMENT COUNSEL**<br>Risha Asokan<br><br>**DEFENDANT COUNSEL**<br>Christophir A. Kerr |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Magaly Justiniano |
| **TIME:** 10:33 AM - 10:39 AM<br>**TOTAL:** 6 mins | **COURTROOM:** 14B |

**PROCEEDINGS:**   STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| Estimated Length of Trial: | 7-10 days |
| Speedy Trial Waived Through: | February 28, 2025 |
| Trial Term: | February 2025 |
| Next Status Conference: | October 17, 2024 at 9:30 AM |