UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:24-cr-330-VMC-CPT

**JORDAN GUY MACDONALD GOUDREAU,**
**YACSY ALEXANDRA ALVAREZ MIRABAL.**
_____/

<u>**JOINT DEFENSE MOTION**</u>
<u>**TO**</u>
<u>**COMPEL PRODUCTION OF *BRADY* MATERIAL**</u>

# EXHIBIT A

## Senate Foreign Relations Committee Questions on Operation Gideon

**Contact with Jordan Goudreau**

1. Prior to the failed mercenary incursion into Venezuela on Sunday May 3, did any State Department officials and/or personnel have any contact with Mr. Goudreau? If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Mr. Goudreau?

   *To the best of our knowledge and belief, no State Department officials or personnel have had any contact with Mr. Goudreau in the months prior to or after Operation Gideon. While Mr. Goudreau may have had routine administrative contact with Department personnel in the more distant past (for example to obtain his passport) no one involved in Venezuelan policy has had any contact with him in at least the past year.*

2. When did the State Department first ask relevant officials and personnel whether they had any contact with Mr. Goudreau? Who ordered this review?

   *Following publication of the stories concerning the failed incursion, those responsible for Venezuela policy checked with all Department of State employees who work on Venezuela policy in the Office of the Special Representative for Venezuelan Affairs, the Bureau of Western Hemisphere Affairs, DRL, CSO, PM as well as Embassy Bogota and the Venezuela Affairs Office. No one recalls any contact with him.*

3. Prior to the failed mercenary incursion, did any U.S. officials and/or personnel operating under Chief of Mission authority at the U.S. Embassy in Bogotá have any contact with Mr. Goudreau? If yes, please detail this contact: which U.S. officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Mr. Goudreau?

   *No U.S. officials and/or personnel operating under Chief of Mission (COM) authority at U.S. Embassy Bogotá had any contact with Mr. Goudreau prior to the incursion. Following the incursion, on May 5, Embassy Bogotá's American Citizens Services Office attempted to contact Goudreau to check on the whereabouts or any information on the two U.S. citizens reported captured and detained by the Maduro regime; there was no response.*

4. When did U.S. Embassy Bogotá first ask relevant officials and personnel whether they had any contact with Mr. Goudreau? Who ordered this review?

   *See #2 above.*

5. Prior to the failed mercenary incursion, did U.S. officials and/or personnel operating under chief of mission authority at the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) have any contact with Mr. Goudreau? If yes, please detail this contact: which U.S. officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Mr. Goudreau?

1

*No U.S. officials or personnel assigned to the Venezuela Affairs Unit (VAU), which is under COM Bogotá authority, had any contact with Mr. Goudreau.*

6.   When did the Venezuela Affairs Unit first ask relevant officials and personnel whether they had any contact with Mr. Goudreau? Who ordered this review?

*See above.*

7.   Prior to the publication of the first story about Mr. Goudreau on May 1, did any journalists reach out to the State Department, the U.S. Embassy in Bogotá, and/or the Venezuela Affairs Unit regarding the story? If yes, provide dates of all relevant contacts.

*Yes, AP journalist Joshua Goodman contacted Department press officers on a handful of occasions prior to May 1, to discuss disparate pieces of information. During these communications, all questions were about historic events and the nature of Mr. Goudreau's defense export licensing status, as indicated in the original piece or the possible consequences of reporting this during the COVID-19 crisis. There were no questions or indications of ongoing activities and neither Operation Gideon nor any proposed military operation was referenced. Embassy Bogotá, and the VAU were not contacted by any journalists regarding Mr. Goudreau or Operation Gideon prior to the publication of the first story. Additionally, on April 29th, Anthony Faiola of the Washington Post contacted the Department requesting an interview about 'pretty interesting reporting on Venezuelan opposition activity in Miami and Colombia'. Mr. Faiola's reporting was very similar to Mr. Goodman's reporting, suggesting these activities were concluded. This ultimately resulted in his May 6th story.*

8.   Prior to the failed mercenary incursion, did any State Department officials and/or personnel have any contact with the Colombian government regarding the activities of Mr. Goudreau (including after the May 1 media report on Mr. Goudreau and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Colombian authorities?

*Prior to Operation Gideon, to the best of our knowledge and belief, no State Department officials or personnel had any contact with the Colombian government regarding the activities of Mr. Goudreau.*

9.   Prior to the failed mercenary incursion, did any officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá have any contact with the Colombian government regarding the activities of Mr. Goudreau (including after the May 1 media report on Mr. Goudreau and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Colombian authorities?

(Note: A May 3 AP report indicated that:

True to his reputation as a self-absorbed loose cannon, Alcalá openly touted his plans for an incursion in a June meeting with Colombia's National Intelligence Directorate and appealed for

2

their support, said a former Colombian official familiar with the conversation. Alcalá also boasted about his relationship with Goudreau, describing him as a former CIA agent. When the Colombians checked with their CIA counterparts in Bogotá, they were told that the former Green Beret was never an agent. Alcalá was then told by his hosts to stop talking about an invasion or face expulsion, the former Colombian official said.

Please directly respond to this possible incident in your response to this question, as it suggests that Colombian authorities checked with U.S. officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá regarding Mr. Goudreau's identity and background.)

*The Government of Colombia asked the U.S. Embassy in Bogotá twice around July 2019 whether an American named "Jordan," who they said had dealings with former General Alcalá, was affiliated with the Embassy. The Embassy replied it was unaware of who this person was and that this person was not affiliated with the U.S. Government. The Colombians gave no other identifying information about "Jordan."*

10. Prior to the failed mercenary incursion, did any officials and/or personnel operating under chief of mission authority at the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) have any contact with the Colombian government regarding the activities of Mr. Goudreau (including after the May 1 media report on Mr. Goudreau and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Colombian authorities?

*See response to Question 9. Prior to Operation Gideon, no U.S. officials or personnel assigned to the VAU had any contact with the Colombian government regarding the activities of Mr. Goudreau.*

11. Prior to the failed mercenary incursion, did any State Department officials and/or personnel have any contact with the government of Interim President Juan Guaidó regarding the activities of Mr. Goudreau (including after the May 1 media report on Mr. Goudreau and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Guaidó government authorities?

*Prior to Operation Gideon, no State Department officials or personnel had contact with the Interim Government (IG) regarding the activities of Mr. Goudreau.*

12. Prior to the failed mercenary incursion, did any officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá have any contact with the government of Interim President Juan Guaidó regarding the activities of Mr. Goudreau (including after the May 1 media report on Mr. Goudreau and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Guaidó government authorities?

3

*Prior to Operation Gideon, no official under COM Bogotá's authority had contact with the IG regarding the activities of Mr. Goudreau.*

13. Prior to the failed mercenary incursion, did any officials and/or personnel operating under chief of mission authority for the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) have any contact with the government of Interim President Juan Guaidó regarding the activities of Mr. Goudreau (including after the May 1 media report on Mr. Goudreau and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Guaidó government authorities?

*Prior to Operation Gideon, no U.S. officials or personnel assigned to the VAU (which is under COM Bogotá's authority) had any contact with the IG regarding the activities of Mr. Goudreau.*

14. An AP report published on May 6 included the following paragraph:

Two former law enforcement officials said an informant approached the Drug Enforcement Administration in Colombia prior to the weapons' seizure with an unsubstantiated tip about Goudreau's alleged involvement in weapons smuggling. The anti-narcotics agency, not knowing who Goudreau was at the time, didn't open a formal probe but suspected that any weapons would've been destined for leftist rebels or criminal gangs in Colombia — not a ragtag army of Venezuelan volunteers, the former officials said on the condition of anonymity to discuss internal deliberations. One of the officials said the information was later passed on to the Department of Homeland Security.

Was any such tip passed to DEA officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá and/or chief of mission authority at the Venezuelan Affairs Unit (co-located at the U.S. Embassy in Bogotá)? If yes, please provide the date and details about what was done with the information. Was any such tip passed to Department of Homeland Security officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá and/or chief of mission authority at the Venezuelan Affairs Unit (co-located at the U.S. Embassy in Bogotá)? If yes, please provide the date and details about what was done with the information.

*We do not have any information that would verify this media report claiming that a tip was passed to any officials or personnel operating under Embassy Bogotá COM authority, including the VAU. No agency operating under Embassy Bogotá COM authority received such a tip.*

**Contact with Cliver Alcalá**

15. Prior to the failed mercenary incursion into Venezuela on Sunday May 3, did any State Department officials and/or personnel had any contact with Mr. Alcalá? If yes, please detail this contact: which officials had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Mr. Alcalá?

4

*Prior to Operation Gideon, no State Department officials or personnel had any contact with Mr. Alcalá.*

16. When did the State Department first ask relevant officials and personnel whether they had any contact with Mr. Alcalá? Who ordered this review?

*See response to question 2. After publication of news stories regarding Operation Gideon, the same State Department entities involved in Venezuela policy were also questioned about contact with Mr. Alcala.*

17. Prior to the failed mercenary incursion, did any U.S. officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá have any contact with Mr. Alcalá? If yes, please detail this contact: which officials had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Mr. Alcalá?

*DEA and HSI officials assigned to Bogotá had contact with Alcalá when he surrendered to Colombian authorities in March 2020 and was subsequently removed to the United States by U.S. Marshals and placed under arrest. In addition, non-State Department U.S. officials encountered Alcalá occasionally in 2018 when he and other Venezuelan opposition members met with Colombian officials shortly after his defection, but there was no substantive interaction.*

18. When did U.S. Embassy Bogotá first ask relevant officials and personnel whether they had any contact with Mr. Alcalá? Who ordered this review?

*See response to 16.*

19. Prior to the failed mercenary incursion, did U.S. officials and/or personnel operating under chief of mission authority for the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) have any contact with Mr. Alcalá? If yes, please detail this contact: which officials had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Mr. Alcalá?

*The VAU, which is under Embassy Bogotá's COM authority, had no contact with Alcalá.*

20. When did the Venezuela Affairs Unit first ask relevant officials and personnel whether they had any contact with Mr. Alcalá? Who ordered this review?

*See response to 16.*

21. Prior to the failed mercenary incursion, did any State Department officials and/or personnel have any contact with the Colombian government regarding the activities of Mr. Alcalá (including after the May 1 media report on Mr. Alcalá and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Colombian officials?

5

> *No State Department officials or personnel had any contact with the Colombian government regarding the activities of Cliver Alcalá prior to the public revelation of Operation Gideon.*

22. Prior to the failed mercenary incursion, did any officials and/or personnel operating under Chief of Mission authority at the U.S. Embassy in Bogotá have any contact with the Colombian government regarding the activities of Mr. Alcalá (including after the May 1 media report on Mr. Alcalá and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Colombian officials?

(Note: A May 3 AP report indicated that:
True to his reputation as a self-absorbed loose cannon, Alcalá openly touted his plans for an incursion in a June meeting with Colombia's National Intelligence Directorate and appealed for their support, said a former Colombian official familiar with the conversation. Alcalá also boasted about his relationship with Goudreau, describing him as a former CIA agent.
When the Colombians checked with their CIA counterparts in Bogotá, they were told that the former Green Beret was never an agent. Alcalá was then told by his hosts to stop talking about an invasion or face expulsion, the former Colombian official said.

Please directly respond to this possible incident in your response to this question, as it suggests that Colombian authorities checked with U.S. officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá regarding Mr. Alcalá's identity and background.)

> *Alcalá surrendered to Colombian authorities in March 2020 and was subsequently removed to the United States by U.S. Marshals and placed under arrest. DEA and HSI officials assigned to Bogotá were involved in this removal and had contact with their Colombian counterparts in that context. In addition, non-State Department U.S. officials encountered Alcalá occasionally in 2018 when he and other opposition members met with Colombian officials shortly after his defection, but there was no substantive interaction. With regard to the incident cited in the AP report, see response to question 9.*

23. Prior to the failed mercenary incursion, did any officials and/or personnel operating in the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) have any contact with the Colombian government regarding the activities of Mr. Alcalá (including after the May 1 media report on Mr. Alcalá and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Colombian officials?

> *The VAU operates under Embassy Bogotá's COM authority. Prior to Operation Gideon, no officials or personnel assigned to the VAU had any contact with the Colombian government regarding the activities of Cliver Alcalá.*

24. Are any officials and/or personnel of the State Department, any officials and/or personnel

6

operating under chief of mission authority at the U.S. Embassy in Bogotá, and/or any officials and/or personnel operating under chief of mission authority of the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) aware that any Colombian military, intelligence, and/or law enforcement officers and/or personnel met with Mr. Alcalá in Colombia (including, but not limited to, locations in the Guajira peninsula). If yes, please detail what is known of such contact. Were any U.S. officials operating under chief of mission authority at the U.S. Embassy in Bogotá and/or chief of mission authority at the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) present at any such meetings (including, but not limited to, locations in the Guajira peninsula)?

*As noted above, U.S. Embassy Bogotá officials encountered Alcalá occasionally in 2018 when he and other opposition members met with Colombian officials shortly after his defection, but there was no substantive interaction. We are not aware of any meetings taking place in the Guajira peninsula. No official or personnel operating under Embassy Bogotá COM authority, including the VAU, was aware of any ongoing meetings between Colombian agencies and Mr. Alcalá.*

25.     Prior to the failed mercenary incursion, did any State Department officials and/or personnel have any contact with the government of Interim President Juan Guaidó regarding the activities of Mr. Alcalá (including after the May 1 media report on Mr. Alcalá and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Guaidó government officials?

*Prior to Operation Gideon, no State Department officials or personnel had contact with the IG regarding the activities of Cliver Alcalá. Anthony Faiola of the Washington Post also contacted the Department on April 29th, requesting an interview about 'pretty interesting reporting on Venezuelan opposition activity in Miami and Colombia'. Mr. Faiola's reporting was very similar to Mr. Goodman's reporting, suggesting these activities were concluded. This ultimately resulted in his May 6th story.*

26.     Prior to the failed mercenary incursion, did any officials and/or personnel operating under Chief of Mission authority at the U.S. Embassy in Bogotá have any contact with the government of Interim President Juan Guaidó regarding the activities of Mr. Alcalá (including after the May 1 media report on Mr. Alcalá and before the May 3 incursion). If yes, please detail this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Guaidó government officials?

*No official under COM Bogotá's authority had contact with the IG regarding the activities of Alcalá.*

27.     Prior to the failed mercenary incursion, did any officials and/or personnel operating in the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) have any contact with the government of Interim President Juan Guaidó regarding the activities of Mr. Alcalá (including after the May 1 media report on Mr. Alcalá and before the May 3 incursion). If yes, please detail

7

this contact: which State Department officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered? to Guaidó government officials

*The VAU operates under COM Bogotá's authority. Prior to Operation Gideon, no official under COM Bogotá's authority had contact with the IG regarding the activities of Alcalá.*

28.  On May 8, 2020, the Government of Interim President Juan Guaidó published a report titled, "Special Report from the Interim Government to the International Community Regarding the Events Occurred Between May 3 and May 7 in Venezuela." (Note: SFRC Minority Staff provided a copy of this report to the State Department on May 14.) The report stipulates

Last October, the Legitimate Government received relevant information about a group of exiled military and civilians that had been contacted and infiltrated by agents belonging to the dictatorship and that were connected to Cliver Alcalá Cordones, who is now detained under drug trafficking charges. For this reason, the Legitimate Government decided not to get involved in any operation or maintain relations with the aforementioned parts. In October 2019, this information and our decision were shared with some allied countries, as well as with several military personnel in exile in order to warn them about the potential dangers associated to the operation.

Given this statement, it would appear that the Guaidó government did provide the Trump Administration with information about former VZ General Cliver Alcalá's activities. What contact did representatives of the Guaidó government had with U.S. officials and/or personnel, when did any such contact occur, and what information was provided by the Guaidó government to U.S. officials and/or personnel (Note: This set of questions refers to State Department officials and/or personnel, U.S. officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá, and/or U.S. officials and/or personnel operating under chief of mission authority at the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá).

*We are not aware of anyone in the Administration having had any contact with the IG regarding former Venezuelan General Cliver Alcalá's activities.*

Jamaica

29.  Social media reports indicate that prior to the failed mercenary incursion some U.S. officials and/or personnel may have met Mr. Goudreau in Jamaica to attempt to talk him out of his operation. Did any U.S. officials and/or personnel operating under Chief of Mission authority at the U.S. Embassy in Kingston have any contact with Mr. Goudreau? If yes, please detail this contact: which U.S. officials/personnel had the contact, what did it consist of, what date(s) did it occur, what message was delivered to Mr. Goudreau?

*U.S. Embassy Kingston confirms that it is not aware of any U.S. officials or personnel operating under Chief of Mission authority having any contact or discussions with Mr. Goudreau.*

8

30. When did U.S. Embassy Kingston first ask relevant officials and personnel whether they had any contact with Mr. Goudreau? Who led this review?

*After publication of [upon receipt of your question] the Embassy front office questioned the various section heads whether they were aware of any contacts with Mr. Goudreau.*

Curacao

31. It is my understanding that in late March, a U.S. registered vessel (specifically a Florida registered boat) in the vicinity of Curacao issued a distress call to Rescue Coordination Center (RCC) of the Curacao government, as well as the RCC in Miami (under purview of the U.S. Coast Guard). It is my understanding that Mr. Goudreau was on board this vessel. What is known about this incident? Have any officials and/or personnel of the State Department, any officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá, any officials and/or personnel operating under chief of mission authority at the Venezuelan Affairs Unit (co-located at the U.S. Embassy in Bogotá), and/or any officials and/or personnel at the U.S. Consulate General in Curacao had any contact with Curacao authorities had regarding this incident? If yes, please provide the date and details of any such contact.

*No personnel under Bogotá COM or Curacao COM authority were involved in this incident or had contact with Curacao authorities regarding it. For further information, we would refer you to the Department of Homeland Security, which has jurisdiction for this incident.*

32. When did U.S. Embassy Kingston first ask relevant officials and personnel whether they had any contact with Mr. Goudreau? Who led this review?

*See response to 30.*

**Detained American Citizens**

33. Has the State Department confirmed whether the two American citizens (former Green Berets) were captured by the Maduro regime?

*The Department of State is aware of the television footage and reports the former Maduro regime made about detaining two U.S. citizens. The welfare and safety of U.S. citizens overseas is one of the highest priorities of the Department of State. Absent a privacy waiver we cannot comment further.*

34. With whom did the State Department confirm the detention of the two American citizens?

*The identities of the two American citizens were made public by the illegitimate Maduro regime. Responding to an inquiry on May 5, U.S. Embassy Bogotá's American Citizens Services*

9

SENSITIVE BUT UNCLASSIFIED

*Office attempted to contact Goudreau to check on the whereabouts or any information on the two U.S. citizens reported captured and detained by the Maduro regime; there was no response.*

35. If the State Department has been able to confirm the detention of the two American citizens, has the Department been able to confirm where the two American citizens are detained? If yes, where are they being held?

*The <u>U.S. Embassy in Caracas</u> suspended operations on March 13, 2019 and therefore cannot provide protection or consular services to U.S. citizens in Venezuela. Nevertheless, the welfare and safety of U.S. citizens overseas is one of the highest priorities of the Department of State. For more information, we are happy to provide a classified briefing in the appropriate setting.*

36. Have any State Department officials and/or personnel had any direct or indirect contact with the Maduro regime regarding the two detained American citizens? If yes, please confirm which State Department officials had contact with the Maduro regime, which member of the Maduro regime they were in contact with, the date of all such contacts, and the substance and results of such contacts.

*The State Department has not had direct or indirect contact with the illegitimate Maduro regime regarding the two detained American citizens.*

37. Have any U.S. Government officials or personnel operating under Chief of Mission authority at the U.S. Embassy in Bogotá had any direct or indirect contact with the Maduro regime regarding the two detained American citizens? If yes, please confirm which State Department officials had contact with the Maduro regime, which member of the Maduro regime they were in contact with, the date of all such contacts, and the substance and results of such contacts.

*No official or personnel operating under COM authority at the Embassy in Bogotá has had direct or indirect contact with the Maduro regime regarding the two detained American citizens.*

38. Have any U.S. Government officials or personnel operating under Chief of Mission authority of the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) had any direct or indirect contact with the Maduro regime regarding the two detained American citizens? If yes, please confirm which State Department officials had contact with the Maduro regime, which member of the Maduro regime they were in contact with, the date of all such contacts, and the substance and results of such contacts.

*The VAU operates under COM Bogotá's authority. No official under COM Bogotá's authority has had any direct or indirect contact with the illegitimate Maduro regime regarding the two detained American citizens.*

39. What conditions are the two detained American citizens being held in? Do they have

10

sufficient access to safe and sanitary conditions, sufficient food and water, and sufficient access to medical care, as needed?

> The <u>U.S. Embassy in Caracas</u> suspended operations on March 13, 2019 and therefore cannot provide protection or consular services to U.S. citizens in Venezuela. Nevertheless, the welfare and safety of U.S. citizens overseas is one of the highest priorities of the Department of State. For more information, we are happy to provide a classified briefing in the appropriate setting.

40. Has the U.S. Government been granted consular access to the two U.S. citizens detained by the Maduro regime?

> The <u>U.S. Embassy in Caracas</u> suspended operations on March 13, 2019 and therefore cannot provide protection or consular services to U.S. citizens in Venezuela. Nevertheless, the welfare and safety of U.S. citizens overseas is one of the highest priorities of the Department of State.

41. What efforts is the Trump Administration taking, if any, to secure the release of the two detained American citizens?

> We are aware of reports of the arrest of two U.S. citizens in Venezuela. We have no further comment on this issue [at this time].

42. What is the estimated timeline for securing the release of the two detained American citizens?

> We have no further comment on this issue [at this time].

**Venezuelan and Cuban Intelligence**

43. Maduro regime officials, including Nicolás Maduro, have stated that they infiltrated the incursion guided by Mr. Goudreau. What is known about Maduro regime efforts to infiltrate Mr. Goudreau's planning and preparations for a mercenary incursion?

> We are looking closely into the role of the illegitimate Maduro regime in creating this crisis and especially into the interference by the vast Cuban intelligence apparatus in Venezuela. We are aware that Diosdado Cabello showed images of Mr. Goudreau on his television program which aired on March 28, indicating a regime awareness and infiltration prior to that point. Maduro and his accomplices habitually manipulate and distort information and nothing they say should be taken at face value. What is clear is that the illegitimate regime is using this event to justify an increased level of repression and consolidate its tyrannical grip on power. We reiterate Interim President Juan Guaidó's call for unbiased investigations into the imprisonments, undocumented round-ups, extrajudicial killings, as well as allegations of torture, that have resulted from the illegitimate Maduro regime's violent repression in ostensible response to this incident.

11

44.  When did Maduro regime military and/or intelligence personnel first infiltrate Mr. Goudreau's operation?

   *For operational assessments, the Department recommends a classified briefing.*

45.  Did Venezuelan military and/or intelligence personnel influence, monitor, and/or surveil Mr. Goudreau while he was in the United States and/or Colombia? If yes, please provide details.

   *For operational assessments, the Department recommends a classified briefing.*

46.  It is well established that Cuban intelligence officials have a significant presence in Venezuela in support of the Maduro regime. What is known about Cuban efforts to infiltrate Mr. Goudreau's planning and/or preparations for a mercenary incursion?

   *For operational assessments, the Department recommends a classified briefing.*

47.  When the Cuban military and/or intelligence personnel first infiltrate Mr. Goudreau's operation?

   *For operational assessments, the Department recommends a classified briefing.*

48.  Did Cuban military and/or intelligence personnel influence, monitor, and/or surveil Mr. Goudreau while he was in the United States and/or Colombia? If yes, please provide details.

   *For operational assessments, the Department recommends a classified briefing.*

**Arms Shipment Seizure in Colombia**

49.  According to a May 1 AP report, in March, Colombian authorities intercepted an arms shipment apparently containing weapons and tactical equipment, including spotting scopes, night vision goggles, 26 American-made assault rifles with the serial numbers rubbed off, and 15 helmet manufactured by High-End Defense Solutions, a Miami-based military equipment vendor. Was there any communication between Colombian authorities and any U.S. officials and/or personnel operating under chief of mission authority at the U.S. Embassy in Bogotá regarding this intercepted arms shipment? If yes, what was the date(s) of any such contacts, which Colombian authorities reached out, which U.S. officials and/or personnel were contacted, and what was the messages were conveyed between the two parties?

   *To our knowledge, no U.S. government official in Bogotá was aware of the arms shipment before its seizure by Colombian authorities on March 23. Embassy officials initially learned of the seizure through open source media outlets as there was no immediate apparent U.S. nexus. The Embassy and Colombian officials have worked together investigating and sharing information since the May 3 events.*

**Potential ITAR Violations**

50.  Did/does Mr. Goudreau and/or his company, Silvercorp, have a license or licenses under

the International Traffic in Arms Regulations (ITAR) to export any defense article or defense service? If yes, when was such a license or licenses granted and for what purposes?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of specific licenses issued pursuant to the International Traffic in Arms Regulations (ITAR). Consistent with USG policy, we have not licensed any arms transfer with Venezuela.*

51.   Can you please provide the Committees with any record of a license application or issuance?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to the ITAR.*

52.   When did the Department of State first conduct a search as to whether Mr. Goudreau and/or his company, Silvercorp, have an export license for defense articles or defense services under ITAR?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to the ITAR. Again, as a matter of policy, we are not issuing licenses for the export of defense articles and services to Venezuela.*

53.   Has the State Department started a review or investigation as to whether Mr. Goudreau and/or his company, Silvercorp, violated ITAR? If yes, on what date did the review or investigation begin?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to or investigations into possible violations of the ITAR. We would note, however, that we routinely brief Congress on administrative settlements resolving such investigations, upon their conclusion, and certainly commit to continuing this practice.*

54.   Did High-End Defense Solutions have an export license under ITAR for the export of defense articles or defense services? If yes, when was such a license granted and for what purpose? Is this company registered with the Department of State as required under ITAR?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of an export license issued pursuant to the ITAR.*

55.   Did High-End Defense Solutions know, or have reason to know, that the controlled defense articles would be taken out of the country?

*The Department is not able to comment on what a commercial U.S. entity knew or may have known at any given time.*

13

56.     Can you please provide the Committees with any record of a license application or issuance to this company or officers or employees of this company?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to the ITAR.*

57.     Did the State Department issue such a license? If yes, for what destination and use? Can you please provide the Committees with any record of a license application or issuance?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to the ITAR.*

58.     Did the perpetrators of the failed May 3 mercenary incursion acquire other controlled defense articles or equipment from U.S.-regulated suppliers?

*The Department is not in a position to answer questions about the procurements or inventories of private parties.*

59.     Did any such U.S. suppliers know, or have reason to know, that the controlled defense articles or equipment would be taken out of the country?

*The Department is not able to comment on what a commercial U.S. entity knew or may have known at any given time.*

60.     If the U.S. supplier(s) knew it would be taken out of the country, did the supplier apply for an export license from the State Department (since as we know only State-registered exporters can get licenses)?

*The Department is not able to comment on what a commercial U.S. entity knew or may have known at any given time. As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of licenses issued pursuant to the ITAR.*

61.     Did the State Department issue such a license? If so, for what destination and use?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to the ITAR.*

62.     Can you please provide the Committees with any record of a license application or issuance?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to the ITAR.*

63.     Is the State Department aware of any U.S.-origin defense articles being provided to anyone connected to this incident, under any U.S. authority?

*As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to or investigations into possible violations of the International Traffic in Arms Regulations (ITAR). We would note, however, that we routinely brief Congress on administrative settlements resolving such investigations, upon their conclusion, and certainly commit to continuing this practice.*

15

SENSITIVE BUT UNCLASSIFIED

DISC-103225