UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU,
YACSY ALEXANDRA ALVAREZ MIRABAL.
_____/

JOINT DEFENSE MOTION
TO
COMPEL PRODUCTION OF *BRADY* MATERIAL

# EXHIBIT B

## Additional Justin Goudreau Questions from Hill

5. Did the perpetrators acquire military helmets (and other controlled equipment) and if so, was it acquired from a U.S.-regulated supplier?

   *The Department is not in a position to answer questions about the procurements or inventories of private parties.*

6. Did the U.S. supplier know, or have reason to know, that the controlled equipment would be taken out of the country?

   *The Department is not able to comment on what a commercial U.S. entity knew or may have known at any given time.*

7. If the U.S. supplier knew it would be taken out of the country, did the supplier apply for an export license from the State Department (since as we know only State-registered exporters can get licenses)?

   *The Department is not able to comment on what a commercial U.S. entity knew or may have known at any given time. As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of licenses issued pursuant to the International Traffic in Arms Regulations (ITAR).*

8. Did the State Department issue such a license? If so, for what destination and use?

   *As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to the International Traffic in Arms Regulations (ITAR).*

9. Can you please provide the Committees with any record of a license application or issuance?

   *As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of an export license issued pursuant to the International Traffic in Arms Regulations (ITAR).*

10. Is the State Department aware of any U.S.-origin defense articles being provided to anyone connected to this incident, under any U.S. authority?

    *As a matter of policy and practice, the Department does not comment or brief to confirm or deny the existence of export licenses issued pursuant to or investigations into possible violations of the International Traffic in Arms Regulations (ITAR). We would note, however, that we routinely brief Congress on administrative settlements resolving such investigations, upon their conclusion, and certainly commit to continuing this practice.*

11. Have any State Department officials and personnel had any contact with Mr. Goudreau?

Have any U.S. officials and personnel operating under Chief of Mission authority at the U.S. Embassy in Bogotá had any contact with Mr. Goudreau? Have any U.S. officials or personnel operating in the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) had any contact with Mr. Goudreau? If the answer is yes for any of these questions, please detail this contact: what did it consist of, when did occur, what message was delivered to Mr. Goudreau.

*The Venezuela Affairs Unit (VAU) is under Chief of Mission (COM) Bogotá's authority. No official under COM Bogotá authority had any contact with Jordan Goudreau. Responding to an inquiry on May 5, U.S. Embassy Bogotá's American Citizens Services Office attempted to contact Goudreau to check on the whereabouts or any information on the two U.S. citizens reported captured and detained by the Maduro regime; there was no response. The Government of Colombia asked the U.S. Embassy in Bogotá twice around July 2019 whether an American named "Jordan," who they said had dealings with former General Alcalá, was affiliated with the Embassy. The Embassy replied it was unaware of who this person was and that this person was not affiliated with the U.S. Government. The Colombians gave no other identifying information about "Jordan."*

12. Have any State Department officials and personnel had any contact with former VZ General Clíver Alcalá? Have any U.S. officials and personnel operating under Chief of Mission authority at the U.S. Embassy in Bogotá had any contact with former VZ General Clíver Alcalá? Have any U.S. officials or personnel operating in the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) had any contact with former VZ General Clíver Alcalá? If the answer is yes for any of these questions, please detail this contact: what did it consist of, when did occur, what message was delivered to former General Clíver Alcalá.

*The VAU, which is under Bogotá's COM authority, had no contact with Alcalá. DEA and HSI officials assigned to Bogotá had contact with Alcalá when he surrendered to Colombian authorities in March 2020 and was subsequently removed to the United States by U.S. Marshals and placed under arrest. In addition, non-State Department U.S. officials encountered Alcalá occasionally in 2018 when he and other Venezuelan opposition members met with Colombian officials shortly after his defection, but there was no substantive interaction.*

13. Have any State Department officials and personnel had any contact with the Colombian government regarding the activities of Mr. Goudreau and former VZ General Clíver Alcalá? Have any U.S. officials and personnel operating under Chief of Mission authority at the U.S. Embassy in Bogotá had any contact with the Colombian government regarding the activities of Mr. Goudreau and former VZ General Clíver Alcalá? Have any U.S. officials or personnel operating in the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) had any contact with the Colombian government regarding the activities of Mr. Goudreau and former VZ General Clíver Alcalá? If the answer is yes for any of these questions, please detail this contact: what did it consist of, when did occur, what message was delivered to Colombian authorities.

*The VAU operates under COM Bogotá's authority. No official under COM Bogotá's authority had any contact with the Colombian government regarding the activities of Mr. Goudreau and, with the exceptions noted in question 12, Clíver Alcalá prior to the public*

revelation of Operation Gideon. Of course, Colombian authorities are fully cooperating with U.S. authorities to investigate the operation. The Colombian government has firmly rejected Maduro's accusations of its involvement in Operation Gideon, affirming that it supports a peaceful return to democracy in Venezuela achieved through diplomacy.

14.   Have any State Department officials and personnel had any contact with the Interim Government of Venezuela regarding the activities of Mr. Goudreau and former VZ General Clíver Alcalá? Have any U.S. officials and personnel operating under Chief of Mission authority at the U.S. Embassy in Bogotá had any contact with the Interim Government of Venezuela regarding the activities of Mr. Goudreau and former VZ General Clíver Alcalá? Have any U.S. officials or personnel operating in the Venezuela Affairs Unit (co-located at the U.S. Embassy in Bogotá) had any contact with the Interim Government of Venezuela regarding the activities of Mr. Goudreau and former VZ General Clíver Alcalá? If the answer is yes for any of these questions, please detail this contact: what did it consist of, when did occur, what message was delivered to Colombian authorities.

*No State Department officials or personnel had any contact with the Colombian government regarding the activities of Clíver Alcalá prior to the public revelation of Operation Gideon.*

*We are looking closely into the role of the illegitimate Maduro regime in creating this crisis and especially into the interference by the vast Cuban intelligence apparatus in Venezuela. Maduro and his accomplices habitually manipulate and distort information and nothing they say should be taken at face value. What is clear is that the illegitimate regime is using this event to justify an increased level of repression and consolidate its tyrannical grip on power. We reiterate Interim President Juan Guaidó's call for unbiased investigations into the imprisonments, undocumented round-ups, extrajudicial killings, as well as allegations of torture, that have resulted from the illegitimate Maduro regime's violent repression in ostensible response to this incident.*