UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,    CASE NO. 8:24-CR-330-VHC/CPT

v.

JORDAN GUY MACDONALD GOUDREAU and YACSY ALVAREZ,

    Defendant.
_____/

# DEFENDANTS' JORDAN GUY MACDONALD GOUDREAU AND YACSY ALVAREZ NOTICE OF PUBLIC AUTHORITY DEFENSE

    Defendants, Jordan Guy MacDonald Goudreau and Yacsy Alvarez, by and through undersigned counsel and pursuant to Fed. R. Crim. P. 12.3(a)(1) supplies this notice to the Court and the government of their intent to rely on a defense of public authority.

    Mr. Goudreau had authority from the highest levels of the executive branch for Operation Gideon as early as May 2019 and through May 2020.

    Mr. Goudreau was recruited for Operation Gideon in May 2019 by Keith Schiller, President Donald Trump's longtime personal bodyguard. Schiller took Mr. Goudreau to a meeting with various representatives of an organization known as Global Governments and individuals connected to then-recognized

President of Venezuela Juan Guaidó. The individuals present included Roen Kraft, Nestor Sainz, Lester Toledo, and JJ Rendon. Mr. Goudreau was informed that they were looking for someone to assist President Guaidó with efforts to remove President Maduro on behalf of the executive branch of the United States.

Mr. Goudreau was advised that the operation was sanctioned and approved by the executive branch, particularly, Vice President Mike Pence.

In September 2019, Mr. Goudreau's company, Silvercorp, signed a letter of intent with individuals acting on behalf of President Guaidó. The document contained a clause that allowed President Guaidó to disavow the mission if it failed.

In October 2019, Mr. Goudreau's company, Silvercorp signed a general services agreement with President Guaidó for services related to Operation Gideon.

Mr. Goudreau wanted further confirmation of the executive branch's approval. This is when he was connected to Drew Horn to show him the agreement. Mr. Horn advises that the situation in Venezuela was of grave concern and confirmed that Mr. Goudreau was authorized to do anything necessary. Mr. Horn stated at PJ Clark's restaurant that others in the

government were aware and keeping abreast of the situation, including James Beardsley.

Only a few months after signing the contract, on February 4, 2020, Mr. Goudreau watched President Guaidó introduced as the "true and legitimate President of Venezuela" to a standing ovation of a joint session of Congress by President Trump at the State of the Union address. *See* https://www.youtube.com/watch?v=tOibfOxrbd4 (a brief video excerpt from the Feb. 2020 State of the Union address broadcast by the Public Broadcasting System.

Mr. Goudreau was also connected with Venezuelan General Cliver Alcalá in Colombia after an introduction by Leopoldo Lopez. General Alcalá was to assist in Operation Gideon because he had the contacts with insiders in Venezuela that could facilitate the operation. General Alcalá was an United States Government asset and also reported his involvement and actions to his handler.

Ms. Alvarez relied in good faith on Mr. Goudreau's belief that he had authority to move forward in Operation Gideon.

To the extent that any such representations of top-level executive authority made to Mr. Goudreau may have been false, they would nonetheless

3

be relevant to negate the specific criminal intent required in this case to violate the law. *United States v Alvarado*, 808 F.3d 474 (11th Cir. 2015).

Date: January 10, 2025

Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone: (305) 537-9565
Facsimile: (305) 537-9567

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar. No. 669318
mdescalzo@tachebronis.com
service@tachebronis.com
*Counsel for Jordan Guy MacDonald Goudreau*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 10th day of January, 2025, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**