UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:24-cr-330-VMC-CPT

YACSY ALEXANDRA ALVAREZ MIRABAL

**THE UNITED STATES' UNOPPOSED
MOTION FOR LEAVE TO FILE A REPLY**

The United States of America filed a Motion in Limine to preclude Yacsy Alexandra Alvarez Mirabal ("Alvarez") from asserting a public authority or entrapment-by-estoppel defense at trial. Doc. 294. Alvarez filed a response opposing the United States' Motion in Limine. Doc. 303. The United States now moves for leave to file a brief reply of no more than seven pages in further support of the Motion in Limine under Local Rule 3.01(e).

In its reply, the United States would respond to Alvarez's argument that asserting the public authority defense does not require direct communication. *See* Doc. 303 at 23-24.  The United States would also clarify that it is not seeking to preclude an "innocent intent" argument by Alvarez. If permitted, the Government would file its reply by August 16, 2026.

Accordingly, the United States of America requests that the Court grant leave to file a Reply of no more than seven pages by August 16, 2026. The United States conferred with counsel for Alvarez, who has no objection to the relief requested.

Respectfully submitted,

JOHN A. EISENBERG
Assistant Attorney General

GREGORY W. KEHOE
United States Attorney

By:  /s/ Aaron L. Jennen
Aaron L. Jennen
Arkansas Bar No. 2004156
Trial Attorney
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: 202-305-4693
Aaron.Jennen@usdoj.gov

By:  /s/ Lindsey Schmidt
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222

Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Tel: (813) 274-6000
Fax: (813) 274-6358

Lindsey.Schmidt@usdoj.gov
Michael.Buchanan2@usdoj.gov

**U.S. v. Alvarez Mirabal**                    **Case No. 8:24-cr-330-VMC-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By:    */s/ Lindsey Schmidt*
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Tel: (813) 274-6000
Fax: (813) 274-6358
lindsey.schmidt@usdoj.gov